IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-011-RLV-DCK

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| WANDA PRESTWOOD, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Bethany Corbin, concerning Jason A. Walters on February 11, 2015. Mr. Jason A. Walters seeks to appear as counsel *pro hac vice* for Plaintiff The Western and Southern Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Jason A. Walters is hereby admitted *pro hac vice* to represent Plaintiff The Western and Southern Life Insurance Company.

Signed: February 11, 2015

_____
David C. Keesler
United States Magistrate Judge