# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-011-RLV-DCK

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| WANDA PRESTWOOD, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, David B. Hamilton, filed a "Certification Of Mediation Session" (Document No. 14) notifying the Court that the parties reached a settlement on September 9, 2015. The Court commends the parties and Mr. Hamilton for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **October 12, 2015**

Signed: September 28, 2015

David C. Keesler
United States Magistrate Judge